UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GINA PETRACCO, on behalf of
herself and others similarly situated,

    Plaintiff,

v.                              Case No:   2:13-cv-785-FtM-29CM

BEER BUDDIES, LLC, KYLE W.
LANDRY, PATTY A. WALBERT,
and JOHN LETTIERE,

    Defendants.

## ORDER

This matter comes before the Court upon review of Defendants' Unopposed Motion to Stay Until Completion of Meet and Confer Pursuant to the Court's Scheduling Order (Doc. #31), filed on February 24, 2014. Plaintiff makes a claim in this case for overtime pay pursuant to the Fair Labor Standards Act ("FLSA"). The parties request that be stayed to allow for further settlement discussions.

A review of this case shows that the Court has granted five enlargements of time for the Defendants to file a response to Plaintiff's Complaint, Certificate of Interested Persons, and Notice of Pendency of Related Cases, as the Parties have alleged in each request that they continue to engage in settlement negotiations. Docs. 11, 15, 20, 23, 28. The parties now request that this matter be stayed until March 7, 2014, the date on which the parties are to meet and confer in a good faith effort to settle this case pursuant to the Court's FLSA Scheduling Order, on the grounds that the parties are still discussing settlement of this matter. Doc. 18.

The Court notes that discovery of this matter is already stayed pursuant to the FLSA Scheduling Order until after the parties meet and confer and file a case management report if the matter does not settle. Doc. 18 at ¶7. The Court assumes that the parties are mostly interested in staying the deadline for which they have previously requested multiple extensions – the deadline for Defendants to file a response to Plaintiff's Complaint, Certificate of Interested Persons, and Notice of Pendency of Related Cases. Thus, the Court will not enter a stay, but will grant an extension of the deadline for Defendants to file until after the meet and confer.

ACCORDINGLY, it is hereby

**ORDERED:**

Defendants' Unopposed Motion to Stay Until Completion of Meet and Confer Pursuant to the Court's Scheduling Order (Doc. #31) is **DENIED**. Defendants' response to Plaintiff's Complaint, Certificate of Interested Persons, and Notice of Pendency of Related Cases is extended, and will be due on or before **March 10, 2014**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 26th day of February, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record